Prob12D
(6/05)

# United States District Court
## for the District of Massachusetts

### Request for Summons and Modification of the Conditions or Term of Supervision

**Name of Offender:** Gary Burke                                  **Case Number:** 90-10178-01

**Name of Sentencing Judicial Officer:** Honorable Andrew A. Caffrey, U.S. District Judge (Retired)
**Name of Assigned Judicial Officer:** Honorable Nancy Gertner, U.S. District Judge

**Date of Original Sentence:** 1/30/91
**Date of Violation Sentence:** 7/14/05

**Original Offense:** Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)

**Original Sentence:** 15 years' custody, 5 years' supervised release
**Violation Sentence:** 12 months' custody, 30 months' supervised release

**Type of Supervision:** Supervised Release         **Date Supervision Commenced:** 3/4/05
                                                    **Date Supervision Re-Commenced:** 5/18/06

### PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years
[X] To modify the conditions of supervision as follows:

**Remove the following special condition: The defendant is to reside for a period of (3) months in a community corrections center immediately following his release from custody and shall observe the rules of that facility.**

### CAUSE

As the Court has previously been made aware, the Bureau of Prisons and the Community Correction Center in Boston were both unable to place Mr. Burke into the Coolidge House. It should also be noted that the Community Corrections Center in Lawrence refused placement due to Mr. Burke's prior criminal history. Mr. Burke was released from the custody of the Bureau of Prisons on May 18, 2006, and since that time, has been residing at 50 Lorne St. #3, Dorchester, MA 02124. The Probation Office is aware that it was the Court's intention to allow Mr. Burke the opportunity to re-adjust to the community in a gradual fashion, and since this was unable to occur, the Probation Office is requesting that this special condition be removed, as discussed at the status hearing before the Court on June 30, 2006.

Reviewed/Approved by:                              Respectfully submitted,

_____                       By  _____
Jonathan E. Hurtig                                 Joseph F. LaFratta
Supervising U.S. Probation Officer                 Senior U.S. Probation Officer
                                                   Date: 7/7/06

### THE COURT ORDERS
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

8/7/06
Date